No. 3116.—PUEBLO, apdo., *v.* RODRÍGUEZ Y TORRES, apltes.—C. D. Guayama. Acometimiento y agresión simple. Abril 21, 1927. Apareciendo de los autos que la prueba fué contradictoria, sin que podamos declarar por el examen que he-

mos hecho de ella que al decidir la corte inferior el conflicto de la evidencia en contra de los apelantes cometiera error en la apreciación de la prueba, siendo el delito cometido por los apelantes el de acometimiento y agresión simple por el que fueron condenados y no el de alterar la paz, pues infirieron golpes con un palo y un martillo al perjudicado. *Se confirmó* la sentencia apelada.